IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JOSEPH EMIL KLUG,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　CASE NO. 5:15-cv-00237-MP-CJK

N C ENGLISH, *et al.*,

    Defendants.

_____/

## **O R D E R**

    This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated August 5, 2016. (Doc. 57). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Plaintiff has filed objections at Doc. 60. I have made a *de novo* review based on those objections.

    Having considered the Report and Recommendation, and the timely filed objections, I have determined that the Report and Recommendation should be adopted. Furthermore, Plaintiff has submitted two other motions: motion to appoint counsel (Doc. 58) and a motion for leave to amend complaint. (Doc. 59). First, as was previously stated by the Court on Doc. 30, "a plaintiff in a civil case has no constitutional right to counsel." *Bass v. Perrin*, 170 F.3d 1312, 1320 (11th Cir. 1999). For the reasons articulated by the Court on Doc. 30, Plaintiff is still not entitled to the appointment of counsel and his motion is therefore denied. With respect to his motion to amend his complaint, the Court finds that Plaintiff has misinterpreted the Magistrate Judge's Report and Recommendation. Because the correction Plaintiff proposes to include in an amended complaint

will still not provide Plaintiff with the necessary standing, his motion is denied as moot.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Magistrate Judge's Report and Recommendation, Doc. 57, is adopted and incorporated by reference in this order.

2. Defendants English, Lowe, Perez Cartagena, Pryor, Robinson and Thompson's Motion to Dismiss, Doc. 37, is **GRANTED**. Plaintiff's claims against these Defendants are **DISMISSED WITH PREJUDICE**.

3. Plaintiff's claims against "any and all unknown and unnamed mailroom staff that processes mail and rejects role-playing books in accordance to this ban" are **DISMISSED WITH PREJUDICE**.

4. Plaintiff's request for summary judgment, Doc. 56, is **DENIED** because it fails to comply with the requirements of Northern District of Florida Local Rule 56.1, and because Plaintiff's complaint is subject to dismissal for the reasons outlined in the Report and Recommendation.

5. Plaintiff's Motion to Appoint Counsel, Doc. 58, is **DENIED**.

6. Plaintiff's Motion to Amend Complaint, Doc. 59, is **DENIED**.

7. The clerk is directed to close the file.

**DONE AND ORDERED** this *27th* day of October, 2016

*s/Maurice M. Paul*

Maurice M. Paul, Senior District Judge